UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMON L. WOODSON,<br><br>           Petitioner,<br><br>   vs.<br><br>RICHARD B. IVES, Warden,<br><br>           Respondent. | Case No. CV 13-3027-MWF (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: September 24, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE